UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CAROL GAYLOR, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) **CASE NO.: 3:22-cv-00265-MMH-MCR** |
| PORTMAN PLAZA ELP, INC., a Florida Corporation, | ) ) ) ) |
| Defendant. | ) ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, CAROL GAYLOR, and Defendant, PORTMAN PLAZA ELP, INC., through the undersigned counsel, hereby stipulate to the dismissal of this matter, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Furthermore, except as otherwise agreed between the parties, each party shall bear their own costs and attorney's fees in connection with this matter.

Respectfully Submitted,                                      Respectfully Submitted,

*/s/Louis I. Mussman*                                        */s/ J. Stephen Alexander*
LOUIS I. MUSSMAN                                             J. Stephen Alexander, Esq.
Florida Bar No. 597155                                       Florida Bar No. 279242
louis@kumussman.com                                          Alexander Law Firm, LLC
BRIAN T. KU                                                  19 Old Mission Avenue
Florida Bar No. 610461                                       St. Augustine, Florida 32084
brian@kumussman.com                                          Tel: (904) 824-9788
Ku & Mussman, P.A.                                           Fax: (904) 824-6902
18501 Pines Blvd., Ste. 209-A                                steve@thealexanderlawfirmllc.com
Pembroke Pines, FL 33029                                     lawyer@aug.com
Telephone (305) 891-1322                                     *Counsel for Defendant*
Facsimile (305) 891-4512
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

J. Stephen Alexander
Florida Bar No.: 279242
Alexander Law Firm, LLC
19 Old Mission Avenue
St. Augustine, Florida 32084
steve@thealexanderlawfirmllc.com

/s/  Louis Mussman
Louis Mussman, Esq.