UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAROL GAYLOR,

    Plaintiff,

v.                                 Case No.   3:22-cv-265-MMH-MCR

PORTMAN PLAZA ELP, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 15; Stipulation) filed on October 10, 2022.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear their own costs and attorney's fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of October, 2022.

                                         MARCIA MORALES HOWARD
                                         United States District Judge

ja

Copies to:

Counsel of Record